**A. SETTLEMENT STATEMENT** — U.S. DEPARTMENT OF HOUSING AND URBAN DEVEL.

HUD-1
OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number: C06-111-A | 7. Loan Number: 10153050907957 | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower(s): | E. Name and Address of Seller(s): |
|---|---|
| Thomas E. Pope and Christine Pope<br>6647 Leyland Park Drive<br>San Jose, CA 95120 | Halcyon, LLC<br>21201 Victory Blvd.<br>#240 Canoga Park, CA 91303 |

| F. Name and Address of Lender: | G. Property Location: |
|---|---|
| Freedom Mortgage Corporation of New Jersey<br>907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, New Jersey 05054 | 3151 Booker Street<br>Jackson, MS 39209 |

| Place of Settlement: | H. Name of Settlement Agent: |
|---|---|
| 104 Southpointe Drive<br>Jackson, MS 19272 | Steve Usry, Attorney at Law |
| | I. Settlement Date: 10-5-2006  Funding Date: 10-5-2006 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 101. Contract sales price | 115,000.00 | 401. Contract sales price | 115,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,869.14 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 119,869.14 | 420. Gross Amount Due To Seller | 115,000.00 |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | 1,000.00 |
| 202. Principal amount of new loan(s) | 92,000.00 | 502. Settlement charges to seller (line 1400) | 11,500.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Union Planters Bank | 98,250.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Proceeds from 2nd Loan | 10,595.73 | 506. Deposits (Rents) | 400.00 |
| 207. | | 507. Rising Property Investments | 13,500.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 1-1-2006 to 10-5-2006 | 1,097.19 | 511. County taxes 1-1-2006 to 10-5-2006 | 1,097.19 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 104,692.92 | 520. Total Reduction Amount Due Seller | 125,747.19 |
| 301. Gross amount due from borrower (line 120) | 119,869.14 | 601. Gross amount due to seller (line 420) | 115,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 104,692.92 | 602. Less reductions in amount due seller (line 520) | 125,747.19 |
| 303. Cash ☒ From ☐ To Borrower | 15,176.22 | 603. Cash ☐ To ☒ From Seller | 10,747.19 |

SELLER'S STATEMENT: The information contained in Blocks E, G, H, and I and on line 401, 405 and 407 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____  _____   _____   _____
Signature of Borrower        Signature of Borrower        Signature of Seller           Signature of Seller

AS ATTY IN FACT
FOR DAN KORDAN
HALCYON LLC

Pope Loan File 695

**EXHIBIT "B"**

POPE-01300

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price $ @ % = | | |
| Division of Commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| 800. Items Payable In Connection With Loan | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal (POC) $ $350.00 | | |
| 804. Credit Report to Freedom Mortgage | 20.00 | |
| 805. Document to Service Provider | 25.00 | |
| 806. Superior Marketing Concepts, Inc. | 495.00 | |
| 807. Underwriting Fee to Freedom Mortgage | 695.00 | |
| 808. Payment of 2005 taxes | 1,452.76 | |
| 809. Consulting Fee to Sterne Financial | | 11,500.00 |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 814. | | |
| 900. Items Required By Lender To Be Paid In Advance | | |
| 901. Interest from 10-5-2006 to 11-1-2006 @ $20.1952 /day | 565.18 | |
| 902. Mortgage Insurance premium for months to | | |
| 903. Hazard Insurance premium for 1 years to Burden Mark Stickell Merchant Ins., Inc. | 894.00 | |
| 904. | | |
| 905. | | |
| 1000. Reserves Deposited With Lender | | |
| 1001. Hazard insurance months @ $ per month | | |
| 1002. Mortgage insurance months @ $ per month | | |
| 1003. City property taxes months @ $ per month | | |
| 1004. County property taxes months @ $ per month | | |
| 1005. Annual assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Escrow Adjustment | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to Issa Rushing | 100.00 | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to MS Valley Title/Ussy Law Office | 50.00 | |
| 1105. Document preparation to Heather Williams | 25.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to Ussy Law Office (includes above item numbers: ) | 225.00 | |
| 1108. Title insurance to MS Valley Title (includes above item numbers: ) | 276.00 | |
| 1109. Lender's coverage $ Premium $ | | |
| 1110. Owner's coverage $ Premium $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees | 50.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| 1300. Additional Settlement Charges | | |
| 1301. Courier Fees | | |
| 1302. Wire Fees | 45.00 | |
| 1303. | 20.00 | |
| 1304. | | |
| 1305. | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | 4,869.14 | 11,500.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

_____    _____        _____    _____
Signature of Borrower         Signature of Borrower            Signature of Seller           Signature of Seller
                                                               AS ATTY IN FACT
                                                               FOR DAN KRATHU HALCYON LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                                       10/5/06
Signature of Settlement Agent                                   Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Pope Loan File 606

POPE-01301

**A. SETTLEMENT STATEMENT**   U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

HUD-1
OMB No. 2502-0265

**B. Type of Loan**

| | | | |
|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number: C06-1113 | 7. Loan Number: 1015305067072 | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower(s): Thomas E. Pope and Christine Pope 6647 Loyland Park Drive San Jose, CA 95120 | E. Name and Address of Seller(s): Halcyon, LLC 21201 Victory Blvd., #240 Canoga Park, CA 91303 |
|---|---|
| F. Name and Address of Lender: Freedom Mortgage Corporation of New Jersey 907 Pleasant Valley Avenue, Suite 3 Mt. Laurel, New Jersey 08054 | G. Property Location: 3151 Secker Street Jackson, MS 39209 |
| Place of Settlement: 104 Southpointe Drive Jackson, MS 39272 | H. Name of Settlement Agent: Steve Usry, Attorney at Law |
| | I. Settlement Date: 10-3-2006   Funding Date: 10-3-2006 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 984.27 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 504.27 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 11,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 11,500.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from borrower (line 120) | 984.27 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 11,500.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash ☐ From ☒ To Borrower | 10,515.73 | 603. Cash ☒ To ☐ From Seller | |

SELLER'S STATEMENT: The information contained in Blocks E, G, H, and I and on line 401, 403 and 407 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_Thomas E. Pope_          _Christine Pope_                             _[Signature]_
Signature of Borrower     Signature of Borrower     Signature of Seller     Signature of Seller
                                                                            AS ATTY IN FACT
                                                                            FOR DAN KORDON
                                                                            HALCYON LLC

Pope Loan File 441

POPE-01302

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| based on price $ @ % = | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount 3.875% to Freedom Mortgage | | 443.63 | |
| 803. | | | |
| 804. | | | |
| 805. | | | |
| 806. | | | |
| 807. | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 901. Interest from 10-5-2006 to 11-1-2006 @ $3.3941 /day | | 91.64 | |
| 902. Mortgage Insurance premium for months to | | | |
| 903. Hazard Insurance premium for years to | | | |
| 904. | | | |
| 905. | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City property taxes months @ $ per month | | | |
| 1004. County property taxes months @ $ per month | | | |
| 1005. Annual assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. Aggregate Escrow Adjustment | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to MS Valley Title/Usry Law Office | | 50.00 | |
| 1105. Document preparation to Heather Williams | | 25.00 | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to Usry Law Office | | 125.00 | |
| (includes above item numbers: ) | | | |
| 1108. Title insurance to MS Valley Title | | 600.00 | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $ Premium $ | | | |
| 1110. Owner's coverage $ Premium $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1201. Recording fees | | 72.00 | |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. | | | |
| 1205. | | | |
| 1301. Courier Fees | | 25.00 | |
| 1302. Wire Fees | | 20.00 | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 904.27 | |

CERTIFICATION : I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

_signatures_
Signature of Borrower   Signature of Borrower   Signature of Seller   Signature of Seller
AS ATTY IN FACT FOR

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the DAY HORIZON
undersigned as part of the settlement of this transaction.
HALCYON LLC

_signature_ 10/10/06
Signature of Settlement Agent   Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Pope Loan File 442

POPE-01303

| A. SETTLEMENT STATEMENT | DEPARTMENT OF HOUSING AND URBAN DEVEL | | HUD-1<br>OMB No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number:<br>C06-112-A | 7. Loan Number:<br>10154060851626 | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower(s):<br>Thomas E. Pope and Christine Pope<br>6647 Loyland Park Drive<br>San Jose, CA 95120 | E. Name and Address of Seller(s):<br>Halcyon, LLC<br>21201 Victory Blvd., #240<br>Canoga Park, CA 91303 |
|---|---|
| F. Name and Address of Lender:<br>Freedom Mortgage Corporation of New Jersey<br>907 Pleasant Valley Avenue, Suite 3<br>Mt. Laurel, New Jersey 08054 | G. Property Location:<br>3155 Booker Street<br>Jackson, MS 39209 |
| Place of Settlement:<br>104 Southpointe Drive<br>Jackson, MS 39272 | H. Name of Settlement Agent:<br>Steve Usry, Attorney at Law<br>I. Settlement Date:  Funding Date:<br>10-5-2006          10-6-2006 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 115,000.00 | 401. Contract sales price | 115,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,844.14 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes        to | | 406. City/town taxes        to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 119,844.14 | 420. Gross Amount Due To Seller | 115,000.00 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | 1,000.00 |
| 202. Principal amount of new loan(s) | 92,000.00 | 502. Settlement charges to seller (line 1400) | 11,925.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Proceeds from 2nd Loan | 10,595.73 | 506. Deposit (Rents) | 400.00 |
| 207. | | 507. Blaine Property Investments, LLC | 13,500.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes        to | | 510. City/town taxes        to | |
| 211. County taxes  1-1-2006 to 10-5-2006 | 1,097.19 | 511. County taxes  1-1-2006 to 10-5-2006 | 1,097.19 |
| 212. Assessments        to | | 512. Assessments        to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 104,692.92 | 520. Total Reduction Amount Due Seller | 27,922.19 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from borrower (line 120) | 119,844.14 | 601. Gross amount due to seller (line 420) | 115,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 104,692.92 | 602. Less reductions in amount due seller (line 520) | 27,922.19 |
| 303. Cash ☒ From ☐ To Borrower | 15,151.22 | 603. Cash ☒ To ☐ From Seller | 87,077.81 |

SELLER'S STATEMENT: The information contained in Blocks E, G, H, and I and on line 401, 406 and 407 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_signatures_
Signature of Borrower    Signature of Borrower    Signature of Seller    Signature of Seller
                                                  AS ATTY IN FACT        AS ATTY IN FACT
                                                  FOR DAN KORDON         FOR DAN KORDON
                                                  HALCYON LLC            HALCYON LLC

Pope Loan File 730

POPE-01304

**L. Settlement Charges**

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price $ @ % = | | |
| Division of Commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. Items Payable in Connection With Loan** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Payoff of 2004 taxes | 1,465.76 | |
| 804. Appraisal (POC) B $750.00 | | |
| 805. Credit Report to Freedom Mortgage | 20.00 | |
| 806. Superior Marketing Concepts, Inc. | 495.00 | |
| 807. Underwriting Fee to Freedom Mortgage | 695.00 | |
| 808. Rent for 3155 Unit B | | 425.00 |
| 809. Consulting Fee to Sheara Financial Group | | 11,500.00 |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 814. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Interest from 10-3-2004 to 11-1-2004 @ $20.1250 /day | 563.31 | |
| 902. Mortgage Insurance premium for months to | | |
| 903. Hazard Insurance premium for 1 year(s) to Roykin Mosk Brickell Marshall Ins. Inc. | 534.00 | |
| 904. | | |
| 905. | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City property taxes months @ $ per month | | |
| 1004. County property taxes months @ $ per month | | |
| 1005. Annual assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Escrow Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to Jana Rushing | 100.00 | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to MS Valley Title/Usry Law Office | 50.00 | |
| 1105. Document preparation to Heather Williams | 25.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to Usry Law Office (includes above item numbers: ) | 225.00 | |
| 1108. Title insurance to MS Valley Title/Usry Law Office (includes above item numbers: ) | 276.00 | |
| 1109. Lender's coverage $ Premium $ | | |
| 1110. Owner's coverage $ Premium $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees | 50.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Courier Fees | 45.00 | |
| 1302. Wire Fees | 20.00 | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | 4,544.14 | 11,925.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

Signature of Borrower          Signature of Borrower          Signature of Seller          Signature of Seller
                                                              AS ATTNY FOR IN FACT         AS ATTNY IN FK
                                                              FOR DAN KORDON HALCYON LLC   FOR DAN KORDON
                                                                                           HALCYON LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

Signature of Settlement Agent          10/6/06
                                        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

| A. SETTLEMENT STATEMENT | DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | HUD-1 OMB No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv. Ins. | C06-112-B | 10153060567952 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower(s): | E. Name and Address of Seller(s): |
|---|---|
| Thomas R. Pope and Christine Pope | Halcyon, LLC |
| 6647 Leyland park Drive | 31201 Victory Blvd., #240 |
| San Jose, CA 95120 | Canoga Park, CA 91303 |

| F. Name and Address of Lender: | G. Property Location: |
|---|---|
| Freedom Mortgage Corporation of New Jersey | 3153 Booker Street |
| 907 Pleasant Valley Avenue, Suite 3 | Jackson, MS 39209 |
| Mt. Laurel, New Jersey 08054 | |

| Place of Settlement: | H. Name of Settlement Agent: |
|---|---|
| 104 Southpointe Drive | Steve Usry, Attorney at Law |
| Jackson, MS 39272 | |
| | I. Settlement Date:   Funding Date: |
| | 10-3-2006             10-3-2006 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 904.27 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes   to | | 406. City/town taxes   to | |
| 107. County taxes   to | | 407. County taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 904.27 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 11,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 11,500.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from borrower (line 120) | 904.27 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 11,500.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash ☐ From ☒ To Borrower | 10,595.73 | 603. Cash ☒ To ☐ From Seller | |

SELLER'S STATEMENT: The information contained in Blocks E, G, H, and I and on line 401, 406 and 407 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your current taxpayer identification number. If you do not provide the Settlement Agent with your current taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____  _____  _____  _____
Signature of Borrower   Signature of Borrower   Signature of Seller   Signature of Seller
AS ATTNY IN FACT
FOR DAN KORDON
HALCYON LLC

| L. Settlement Charges | | Paid From Borrowers Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| based on price $ @ % = | | | |
| Division of Commission (line 700) as follows | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount 3.875 % to Bunston Mortgage | | 445.61 | |
| 803. | | | |
| 804. | | | |
| 805. | | | |
| 806. | | | |
| 807. | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Interest from 10-5-2005 to 11-1-2006 @ $3.3941 /day | | 91.64 | |
| 902. Mortgage Insurance premium for months to | | | |
| 903. Hazard Insurance premium for years to | | | |
| 904. | | | |
| 905. | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City property taxes months @ $ per month | | | |
| 1004. County property taxes months @ $ per month | | | |
| 1005. Annual assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. Aggregate Escrow Adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title Insurance binder to MS Valley Title/Ussy Law Office | | | |
| 1105. Document preparation to Heather Williams | | 50.00 | |
| 1106. Notary fees to | | 25.00 | |
| 1107. Attorney's fees to Ussy Law Office (includes above item numbers: ) | | 125.00 | |
| 1108. Title Insurance to MS Valley Title (includes above item numbers: ) | | 100.00 | |
| 1109. Lender's coverage $ Premium $ | | | |
| 1110. Owner's coverage $ Premium $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees | | | |
| 1202. City/county tax/stamps | | 22.00 | |
| 1203. State tax/stamps | | | |
| 1204. | | | |
| 1205. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Courier Fees | | | |
| 1302. Wire fees | | 29.00 | |
| 1303. | | 20.00 | |
| 1304. | | | |
| 1305. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 904.27 | |

CERTIFICATION : I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

_signatures_
Signature of Borrower     Signature of Borrower     Signature of Seller     Signature of Seller
AS ATTY IN FACT FOR
DAN KORDON HALCYON LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

_signature_ 10/16/06     10/16/06
Signature of Settlement Agent     Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.