**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION**

**THOMAS E. POPE and CHRISTINE POPE** **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 3:08cv464DPJ-JCS**

**FREEDOM MORTGAGE CORPORATION, INC., STAGGS MANAGEMENT GROUP, LLC, ALLSOUTH APPRAISAL, INC., KENNY GREGG, CHARLES F. PAYNE, INDYMAC FEDERAL BANK, F.S.B., SPECIALIZED LOAN SERVICING, LLC, HOMECOMINGS FINANCIAL, LLC, CITIMORTGAGE, INC., AND JOHN DOES 1-5** **DEFENDANTS**

## MOTION TO WITHDRAW

COMES NOW John D. Fike and files this Motion to Withdraw and would show unto the Court the following, to wit:

1. John D. Fike represented Staggs Management Group, LLC, in this matter.

2. Staggs Management Group, LLC, no longer desires John D. Fike to represent the company and wishes to proceed pro se.

3. Staggs Management Group, LLC may be served with process at 5296 S. Commerce Dr., Ste. 102, Salt Lake City, UT 84107. It may also be served upon Trent Staggs, as a member of Staggs Management Group, LLC, at 13684 Vestry Rd., Draper, UT 84020.

THEREFORE PREMISES CONSIDERED John D. Fike requests that this Court allow John D. Fike to withdraw as counsel of record for Staggs Management Group, LLC.

This the 6th day of January, 2010.

Respectfully submitted,

*/s / John D. Fike*

JOHN D. FIKE (MSB#5194)
FERGUSON & FIKE
P. O. Box 89
Raymond, MS 39154
Telephone: (601) 857-5282
Facsimole: (601) 857-2541
johnfike@bellsouth.net

**CERTIFICATE OF SERVICE**

I, JOHN D. FIKE, attorney for Defendant Staggs Management Group, LLC, do hereby certify that I have this day caused to be mailed, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Motion To Withdraw to:

Robert Higginbotham, Jr., Esq.
Robert T. Van Uden, III, Esq.
Massey, Higginbotham, Vise & Phillips, PA
3003 Lakeland Cove, Suite E
Flowood, MS 39232

Roy H. Liddell, Esq.
Kevin A. Rogers, Esq.
Wells, Marble & Hurst, PLLC
Post Office Box 131
Jackson, MS 39205-0131

John D. Price, Esq.
Wise, Carter, Child & Caraway
Post Office Box 651
Jackson, MS 39205-0651

Christopher P. Palmer, Esq.
Adams & Edens, P.A.
Post Office Box 400
Brandon, MS 39043

John D. Morris, III, Esq.
Morris & Associates
2309 Oliver Road
Monroe, LA 71201

J. Wyatt Hazard, Esq.
Daniel, Coker, Horton & Bell, P.A.
4400 Old Canton Road, Suite 400
Jackson, MS 39211

I further certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

Kenny Gregg
8313 Almadine Drive
Sacramento, CA 95829

Staggs Management Group, LLC
5296 S. Commerce Dr., Ste. 102
Salt Lake City, UT 84107

Staggs Management Group, LLC
c/o Trent Staggs, Member
13684 Vestry Rd.
Draper, UT 84020

This the 6th day of January, 2010.

*/s/ John D. Fike*
JOHN D. FIKE